| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney<br>DAVID W. SPENCER<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900<br><br>Attorneys for Plaintiff<br>United States of America | **FILED**<br>AUG 2 3 2019<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| In the Matter of the Search of: | REQUEST TO UN-SEAL SEARCH WARRANTS; [~~PROPOSED~~] ORDER |
|---|---|
| A GRAY HONDA CIVIC, WITH UTAH LICENSE PLATE U919W, VIN # 1HGFA168X7L038632 | 2:19-SW-0519-EFB |
| A GRAY GMC PICKUP, WITH CALIFORNIA LICENSE PLATE 97533J1, VIN # 1GTCS136458145838 | 2:19-SW-0520-EFB |
| A GRAY TOYOTA SEDAN, WITH CALIFORNIA LICENSE PLATE 4XUM692, VIN # 1NXBR32E43Z056105 | 2:19-SW-0521-EFB |
| A SILVER CHEVROLET HUMMER, WITH CALIFORNIA LICENSE PLATE 5TNU381, VIN # 5GTDN136968210253 | 2:19-SW-0522-EFB |
| A silver Chevrolet Hummer, with California license plate 5TNU381, VIN # 5GTDN136968210253 | 3:19-SW-015-DMC |
| A gray Toyota sedan, with California license plate 4XUM692, VIN # 1NXBR32E43Z056105 | 3:19-SW-016-DMC |
| 1290 Northgate Road, Apartment 35, Yuba City, California | 2:19-SW-710-EFB |
| 1837 18th Street, Olivehurst, California | 2:19-SW-711-EFB |
| A 2003 Toyota sedan, silver in color, bearing California license plate 4XUM692 | 2:19-SW-712-EFB |
| A 2006 Hummer H3, silver in color, bearing California license plate 5TNU381 | 2:19-SW-713-EFB |

MOTION TO UN-SEAL; [PROPOSED] ORDER

## REQUEST TO UNSEAL

The search warrants in the above-captioned matters have been executed, and there is no need for the search warrants or their affidavits to remain under seal. Accordingly, the United States requests that the above-captioned matters be unsealed.

Dated: August 22, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ David W. Spencer
DAVID W. SPENCER
Assistant United States Attorney

## [PROPOSED] ORDER

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: 8-23-2019

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE